Official Form 16B
12/94

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

In Re: <u>Carlos Roberto Allen Jr., Carlos Allen</u>
              Debtor

Case No. _____

Chapter 13

## DEBTOR'S STATEMENT OF MARITAL SEPARATION FROM SPOUSE

I, Carlos Allen, certify that I am a married man and am currently living separate and apart from my spouse, Karen R. Brooks, without cohabitation. My marital separation and non-cohabitation has been in effect for no less than 330 days before filing the bankruptcy case. As per our verbal separation agreement, I am not liable for any household debt related to my spouse's residence located at 9709 Manteo Court, Fort Washington, MD 20744-6919 and my spouse is not liable for any household debt related to my residence located at 1715 Kilbourne Place NW, Washington, DC 20010.

_9/17/08_
Date

_[signature]_
Debtor's Signature

_Carlos Allen_
(Typed Name)

_1715 Kilbourne Pl. NW 20010_
(Address)

_240-678-9846_
(Phone Number)

**FILED**
SEP 16 2008
Clerk, U.S. District and Bankruptcy Courts