Official Form 16B
12/94

**FILED**

**SEP 2 6 2008**

Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

In Re: <u>Carlos Roberto Allen Jr., Carlos Allen</u>
      Debtor

Case No. 08-00591

Chapter 13

## CERTIFICATION OF AMENDED SCHEDULES - DEBTOR'S STATEMENT THAT SCHEDULES DO NOT ADD OR CHANGE THE MAILING MATRIX

Pursuant to LBR 1007-1(a)(3), I, Carlos Allen declare and certify that the amended schedules submission (The Summary of Schedules, Statistical Summary of Certain Liabilities, Schedule C, Schedule F and Declaration Concerning Debtor's Schedules) filed on September 26, 2008, do not add or change any addresses of creditors or equity security holders. Therefore, an Amended Mailing Matrix is not required.

9/26/08
Date

_Debtor's Signature_

Carlos R Allen
(Typed Name)

1715 Kilbourne Pl. NW DC 20010
(Address)

240-678-9746
(Phone Number)