**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE | : |
| CARLOS ROBERTO ALLEN, JR. | : Chapter 13 Case No. 08-00591 |
|     Debtor | : Hearing Date: 11/14/08* |

**TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE AND**
**NOTICE OF DEADLINE AND OPPORTUNITY TO OBJECT**

Comes now Cynthia A. Niklas, Esquire, Trustee of the above-captioned matter and respectfully moves this Court to dismiss the above-captioned matter with Prejudice pursuant to 11 U.S.C. §1307, §521(e)(2)(B)&(i), §105 and §349, based on the following grounds:

1. The debtor has failed to timely commence plan payments within 30 days after date of the Order for Relief/petition date, as required by 11 U.S.C. §1326(a).

2. The debtor has failed to file Chapter 13 Plan as required by 11 U.S.C. §1321 with requisite Certificate of Service.

3. The debtor has failed to file complete and accurate schedules by failing to schedule all creditors and all assets including but not necessarily limited to GMAC pursuant to a proof of claim filed herein as secured in the amount of $79,093.70 in regard to debtor's unscheduled property located at 411 Laverne Avenue, Alexandria, VA 22305 and several unsecured creditors including but not necessarily limited to Capital One ($1,000.00 approximately) and American Express ($1,000.00 approximately).

4. **As a result, the Trustee was unable to conduct the §341 Meeting of Creditors on October 6, 2008.**

5. The debtor has failed to comply with 11 U.S.C. §521(e)(2)(A) by failing to provide, not later than 7 days before the first date set for the §341 Meeting of Creditors, to the

Trustee, a copy of the Federal income tax return or transcript thereof for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return was filed. Pursuant to 11 U.S.C. §521(e)(2)(B), dismissal is mandatory.

  6. The debtor has likewise failed to comply with 11 U.S.C. §1308(a) by failing to file not later than the day before the first date scheduled for the §341 Meeting of Creditors, or to date, all required tax returns for all taxable periods ending during the 4-year period ending on the petition date. Pursuant to 11 U.S.C. §1307(e), dismissal is mandatory.

  7. The tax refunds are relevant to the disposable income analysis and tax liabilities are relevant to sufficiency of plan funding. Likewise the filing of all requisite §1308 tax returns is a confirmation standard pursuant to 11 U.S.C. §1325(a)(9) and the date of the filing of said returns is a bar date deadline issue pursuant to 11 U.S.C. 502(b)(9) as well as a dischargeability issue pursuant to 11 U.S.C. §1328 (a)(2).

  8. The debtor filed prior Chapter 7 Case No. 03-00323 (DC) on February 21, 2003 and Chapter 7 Discharge Order was entered July 11, 2003.

  WHEREFORE, the Trustee moves for dismissal with Prejudice to the re-filing of a case within 180 days of an Order of Dismissal, pursuant to 11 U.S.C. §1307, §521(e)(2)(B)&(i), §105 and §349.

            <u>/s/ Cynthia A. Niklas, Esq.</u>
            Cynthia A. Niklas
            Chapter 13 Trustee
            4545 42nd ST NW #211
            Washington, DC 20016-4623

**NOTICE OF OPPORTUNITY AND DEADLINE TO OBJECT TO MOTION TO DISMISS WITH PREJUDICE**

  *****UNLESS OTHERWISE NOTED**, HEARING ON THE ABOVE-CAPTIONED MOTION FOR DISMISSAL IS SET AT **9:30 A.M. ON NOVEMBER 14, 2008**

  *****PLEASE TAKE NOTICE THAT WITHIN TWENTY (20) DAYS AFTER THE DATE OF THIS NOTICE** you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1.  The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

  *****IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.**  The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.  Parties in interest with questions may contact the Trustee.

Dated: October 8, 2008

                    /s/ Cynthia A. Niklas, Esq.
                    Cynthia A. Niklas
                    Chapter 13 Trustee
                    4545 42nd ST NW #211
                    Washington, DC 20016-4623
                    (202)362-8500

**CERTIFICATE OF SERVICE UNDER LBR 5005-1(h)**

  I hereby certify that a copy of the foregoing Motion to Dismiss with Prejudice and Notice of Opportunity to Object, was mailed, postage prepaid, October 8, 2008, to:

Carlos Roberto Allen, Jr.
1715 Kilbourne Place, NW
Washington, DC 20010

                    /s/ Cynthia A. Niklas, Esq.
                    Cynthia A. Niklas