WINSTEAD + THOMAS
PERSONAL TAX DOCS

RECEIVED

**FILED**
OCT 27 2008
Clerk, U.S. District and
Bankruptcy Courts

RECEIPT

DATE 10/13/08        No. 135701
FROM Karen Brooks   $300.00
Three hundred and 00/100 DOLLARS
FOR RENT

| ACCT. | 770.00 | ☒ CASH | FROM | TO |
| PAID  | 300.00 | ○ CHECK | | |
| DUE   | 470.00 | ○ MONEY ORDER | BY R/W | |

Bal. $470.00 for
Hush Group +
AFS Tax Docs