The order below is hereby signed.

Signed: August 05, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE

CARLOS ROBERTO ALLEN                    :Chapter 13 Case No. 08-00591
    Debtor

**ORDER OF DISMISSAL WITH PREJUDICE BASED ON**
**MATERIAL DEFAULT IN PLAN PAYMENTS**

Upon consideration of the Trustee's Motion to Dismiss with Prejudice Based on Material Default in Plan Payments and the Court Record herein, it is, therefore,

ORDERED, that the above-captioned matter is hereby dismissed with Prejudice to the re-filing of a bankruptcy case for a period of 180 days after entry of this order pursuant to §§109(g),1307(c), §§105 and 349.

cc:   All Entities on Mailing List